IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Mary Medlin, | ) | C/A No.: 3:12-2992-MBS-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Hilton Garden Inn, Columbia NE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff filed this action on September 14, 2012, and Defendant removed it to this court on October 16, 2012. [Entry #1]. Pursuant to the amended scheduling order entered on March 5, 2013, dispositive motions were to be filed by no later than June 3, 2013. [Entry #11]. That deadline has now expired.

Because the dispositive motions deadline in this case has passed and no motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.[*]

IT IS SO ORDERED.

*Shiva V. Hodges*

June 4, 2013                                          Shiva V. Hodges
Columbia, South Carolina                   United States Magistrate Judge

---

[*] Pursuant to the amended scheduling order, the parties' ADR statement is due by July 15, 2013 and mediation is due by August 5, 2013.